IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHLOE FRATESI**                                                        **PLAINTIFF**

**V.**                          **CASE NO. 4:09CV00225**

**CIRCUS CIRCUS MISSISSIPPI, INC.,**
**d/b/a GOLD STRIKE CASINO RESORT**                        **DEFENDANT**

**ORDER**

Pending is Defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(3). (Docket # 4). Plaintiff has filed a response in opposition to Defendant's motion asking the Court to deny the motion or alternatively, allow additional time to conduct discovery. For good cause shown, the Court finds that Plaintiff should be allowed additional time in which to conduct jurisdictional discovery.

The Court will allow the parties sixty (60) days in which to conduct discovery designed to explore and gather evidence concerning personal jurisdiction in Arkansas. Plaintiff shall submit a supplemental response to the pending motion to dismiss within twenty (20) days of the completion of this discovery. Defendant will be allowed fifteen (15) days in which to reply.

The motion to dismiss will be held in abeyance.

IT IS SO ORDERED this 16th day of June, 2009.

                                                             James M. Moody
                                                             United States District Judge