IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHLOE FRATESI**                                                                                         **PLAINTIFF**

**V.**                                              **CASE NO.  4:09CV00225**

**CIRCUS CIRCUS MISSISSIPPI, INC.,**
**d/b/a GOLD STRIKE CASINO RESORT**                                          **DEFENDANT**

## ORDER

Pending is Defendant's motion to stay or extend the deadlines of the initial scheduling order.  (Docket # 19).  For good cause shown, the motion is granted.  The deadlines set forth in the initial scheduling order will be stayed pending a resolution of the jurisdiction issue.

IT IS SO ORDERED this 26th day of June, 2009.

_____
James M. Moody
United States District Judge