**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**AUG 1 3 2009**

JAMES W. McCORMACK, CLERK
By: _Jackson_
DEP CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

WESTERN DIVISION

CHLOE FRATESI                                                        **PLAINTIFF**

VS.                                                    ·CASE NO. 4:09-CV-0225 JMM

CIRCUS CIRCUS MISSISSIPPI, INC.
d/b/a GOLD STRIKE CASINO                                          **DEFENDANT**

### AGREED PROTECTIVE ORDER

Upon good cause shown and by agreement of the parties through counsel, the Court orders that Defendant's Responses to Plaintiff's Interrogatories, Responses to Request for Production of Documents, and deposition testimony regarding jurisdictional issues and all documents produced therewith shall be subject to the following due to their proprietary nature:

    (a)    Any and all documents, including deposition testimony, regarding jurisdictional discovery shall not be circulated to any person other than counsel, counsel's consultants, the parties, and the Court,

    (b)    Any and all documents, including deposition testimony, regarding jurisdictional discovery shall not be disclosed to or viewed by any person other than counsel, counsel's consultants, the parties, and the Court,

    (c)    Any and all documents, including deposition testimony, regarding jurisdictional discovery shall be used only for the purposes of the instant case.

    (d)    At the termination of this civil action, including all appeals, or upon the expiration of the time period for appeal with no appeal having been taken, any and all

245835v 1-16028 23673

documents, including deposition transcripts, shall be returned to counsel for Defendant.

(e)     Any document or deposition testimony submitted to the Court shall be submitted under seal or otherwise protected from disclosure through public record or PACER.

SO ORDERED this 13th day of AUGUST , 2009.

James M. Moody

DISTRICT JUDGE

APPROVED:

Ted Boswell
Dennis Davis
Drew Rogers
The Boswell Law Firm
P.O. Box 798
Bryant, AR 72089

ATTORNEYS FOR PLAINTIFF

Karen Gwinn Clay (AR Bar No. 2008089)
WATKINS LUDLAM WINTER & STENNIS, P.A.
190 East Capitol Street (39201)
Post Office Box 427
Jackson, MS 39205
Telephone: (601) 949-4900
Facsimile: (601) 949-4804
kclay@watkinsludlam.com

Scott Burnham Hollis (MS Bar No. 10817)

Robert T. Jolly (MS Bar No.102241)
WATKINS LUDLAM WINTER & STENNIS, P.A.
6897 Crumpler Boulevard, Suite 100
P.O. Box 1456
Olive Branch, MS 38654
Telephone: (662) 895-2996
Fax: (662) 895-5480
shollis@watkinsludlam.com
rjolly@watkinsludlam.com

ATTORNEYS FOR DEFENDANT