IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHLOE FRATESI**                                                                                       **PLAINTIFF**

**V.**                                       **CASE NO.  4:09CV00225**

**CIRCUS CIRCUS MISSISSIPPI, INC.,**
**d/b/a GOLD STRIKE CASINO RESORT**                                      **DEFENDANT**

## ORDER

Pending is Plaintiff's motion to compel.  (Docket # 22).  Defendant has responded and Plaintiff has filed a reply.  For good cause shown, the motion is granted in part and denied in part.

The Court will excuse the late filing of Defendant's objections and will not find that the objections are waived.  The Court finds Plaintiff's limitation of the scope of the discovery requests to the previous three (3) years reasonable.  Accordingly, Defendant is directed to supplement its responses to discovery for this time period.  The remaining responses about which Plaintiff complains appear to have been answered to the best of the Defendant's ability after reasonable and diligent effort.

Accordingly, Plaintiff's motion to compel is granted in part and denied in part as set forth herein.  Defendant is directed to supplement its responses within fifteen (15) days of the entry of this order.

IT IS SO ORDERED this 11th day of September, 2009.

_____
James M. Moody
United States District Judge