IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHLOE FRATESI**                                                                                   **PLAINTIFF**

VS.                          **CASE NO. 4:09-CV-0225 JMM**

**CIRCUS CIRCUS MISSISSIPPI, INC.**
**d/b/a GOLD STRIKE CASINO RESORT**                                      **DEFENDANT**

## ORDER GRANTING MOTION TO PLACE UNDER SEAL PLAINTIFF'S SUPPLEMENTAL BRIEF IN RESPONSE TO MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2) AND 12(B)(3)

The Court, upon Motion of the Plaintiff and having been sufficiently advised, hereby GRANTS Plaintiff's Motion to Place Under Seal Plaintiff's Supplemental Brief in Response to Motion To Dismiss. The sealing of Plaintiff's Supplemental Brief in Response to Motion to Dismiss is hereby ORDERED.

IT IS SO ORDERED this 6 day of November, 2009.

_____
U. S. District Judge

Prepared by:

/s/Drew Rogers
Drew Rogers, AR Bar # 2007046
The Boswell Law Firm
Bryant Center
P. O. Box 798
Bryant, AR 72089-0798
(501) 847-3031
Fax (501) 847-4354
*drogers@boswellaw.com*