IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHLOE FRATESI**                                                              **PLAINTIFF**

V.                             **CASE NO. 4:09CV00225**

**CIRCUS CIRCUS MISSISSIPPI, INC.,**
**d/b/a GOLD STRIKE CASINO RESORT**              **DEFENDANT**

## ORDER

Pending is Defendant's motion to compel expert reports. (Docket # 53). Defendant seeks expert reports from Plaintiff's treating physicians Dr. Scott Bowen and Dr. Michael Stephens. Plaintiff argues that because neither Dr. Bowen nor Dr. Stephens are retained experts in this case, Rule 26(a)(2) reports are not required. However, in an effort to accommodate Defendant's request, Plaintiff has now provided both reports. Plaintiff seeks the costs incurred in obtaining the written reports.

The reports of Drs. Bowen and Stephens indicate that the physicians will offer opinions relating to causation, prognosis and future damages. Because the treating physicians are offering opinion testimony the Court finds that Plaintiff must comply with the required disclosures pursuant to Fed. R. Civ. P. 26(a)(2)(B). *Brooks v. Union Pacific R. Co.*, 620 F.3d 896 (8th Cir. 2010). Plaintiff appears to have complied with the report disclosure requirement. Plaintiff is required to comply with the remaining requirements contained in Fed. R. Civ. P. 26(a)(2)(B). Plaintiff's request for reimbursement of costs associated with these disclosures is denied.

Accordingly, Defendant's motion is GRANTED as set forth herein.

IT IS SO ORDERED this 14th day of December, 2010.

                                                  James M. Moody
                                                  United States District Judge