**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CHLOE FRATESI**                                                                      **PLAINTIFF**

**v.**                                               **No. 4:09cv00225 JMM**

**CIRCUS CIRCUS MISSISSIPPI INC.**                                        **DEFENDANT**

**O R D E R**

On the 14th day of February, 2011, the above entitled cause came on for trial to a jury, the

Honorable James M. Moody, United States District Judge, presiding.

At the conclusion of the evidence presented by the parties on February 17, 2011, the jury

began its deliberations.  On February 18, 2011, the jury announced to the Court and to the parties

that they were unable to reach a verdict.

IT IS THEREFORE ORDERED AND ADJUDGED that a mistrial should be, and hereby

is, declared in this cause and the jury is discharged.

The matter will be rescheduled for jury trial by separate order.

It is so ordered this 18th day of February, 2011.

_____
James M. Moody
United States District Judge