IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHLOE FRATESI**                                                                                          **PLAINTIFF**

**V.**                              **CASE NO. 4:09CV00225**

**CIRCUS CIRCUS MISSISSIPPI, INC.,**
**d/b/a GOLD STRIKE CASINO RESORT**                                        **DEFENDANT**

## ORDER

Pending are the parties' objections to deposition designations and counter-designations. Following a review of the pleadings and the deposition transcripts, the Court finds and orders as follows:

1. Gold Strike's objections to the deposition testimony of Tina O'Keefe are overruled.

2. Gold Strike's objections to the deposition testimony of Renee Braziel, Mohamedoul Ndiaye and Terrence Evans are overruled.

3. Plaintiff's objections to the deposition testimony of Renee Braziel are overruled.

4. Plaintiff's objections to the deposition testimony of Tina O'Keefe, page 29 lines 15-24 is sustained, Plaintiff's remaining objections to the deposition testimony of Ms. O'Keefe are overruled.

5. Plaintiff's objections to the deposition testimony of Dr. Alice Martinson are sustained.

IT IS SO ORDERED this 31st day of January, 2012.

_____
James M. Moody
United States District Judge