**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CHLOE FRATESI                                                                                          PLAINTIFF

VS.                               CASE NO. 4:09CV00225 JMM

CIRCUS CIRCUS MISSISSIPPI INC.                                                          DEFENDANT
d/b/a Gold Strike Casino Resort

**ORDER**

      The parties in this action have reached a settlement following a conference before United States Magistrate Judge J. Thomas Ray.  Pursuant to a confidentiality agreement, which has been made part of the settlement, the transcript setting forth the terms of the settlement will remain under seal, except as set forth in the terms of the settlement.

      IT IS SO ORDERED, this 2nd day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE